ALICE M. NORTON *vs.* MAURICE A. NORTON.

Essex.   March 4, 30, 1936. — April 1, 1936.

Present: RUGG, C.J., FIELD, DONAHUE, LUMMUS, & QUA, JJ.

*Probate Court*, Appeal, Findings by judge.

Upon an appeal from a decree of a probate court with a report of material facts but without a report of the evidence, the only question before this court is whether the decree was within the scope of the pleadings and was warranted by the facts found.

LIBEL FOR DIVORCE, filed in the Probate Court for the county of Essex on November 30, 1934.

The libel was heard by *O'Brien*, J., by whose order a decree *nisi* was entered.   The libellee appealed.

*M. A. Norton, pro se.*

*F. H. Tarr,* for the libellant.

BY THE COURT.   This is an appeal by the libellee from a decree granting a divorce on the ground of cruel and abusive treatment, awarding custody of their minor children to the libellant and ordering payments to be made to her for the support of the children by the libellee.   The trial judge made a report of the material facts found by him.   The evidence is not reported.   Therefore it must be presumed that the findings of fact were supported by evidence.   The only question open on such an appeal is whether the decree is within the scope of the libel and is supported by the facts found.   These facts need not be repeated or summarized. They did not establish or require a finding of condonation. *Giles* v. *Giles*, 279 Mass. 469.   Plainly they supported the decree.   *Jordan* v. *Ulmer*, 237 Mass. 577.   *Wyness* v. *Crowley*, 292 Mass. 459.

*Decree affirmed.*